**Order filed April 15, 2021.**



**In The**

# Fourteenth Court of Appeals
_____

## NO. 14-20-00837-CR
_____

### EX PARTE ANDRE  BAILEY, Appellant

---

**On Appeal from the County Criminal Court at Law No. 3
Harris County, Texas
Trial Court Cause No. 2324058**

---

## ORDER

The reporter's record in this case was due December 23, 2020.  *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order the court reporter, to file the record in this appeal **within 10 days** of the date of this order.

PER CURIAM

Panel Consists of Justices Jewell, Bourliot, and Hassan.